**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ASSOCIATED INDUSTRIES INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff/Counterclaim Defendant,** | ) | **No. 3:17-cv-37-DPJ-FKB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BRAD WILLIAMS LLC, REVCLAIMS LLC** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **LANDMARK AMERICAN INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant/Counterclaim Plaintiff.** | ) | |

**ORDER GRANTING UNOPPOSED MOTION TO VACATE
MAY 21, 2018 ORDER [Dkt. No. 63]**

**THIS MATTER** came on to be heard upon the Unopposed Motion to Vacate May 21, 2018 Order [Dkt. No. 63]. The Court, having considered the Motion, being advised that the Motion is unopposed, and that the parties have reached a settlement of this matter, which is expressly subject to and contingent upon this Court vacating its May 21, 2018 Order in its entirety, finds that the Unopposed Motion should be granted.

**IT IS THEREFORE ORDERED** that the Unopposed Motion to Vacate May 21, 2018 Order [Dkt. No. 63] is hereby granted and that this Court's May 21, 2018 Order [Dkt. No. 63] is vacated in its entirety and for all purposes.

**SO ORDERED AND ADJUDGED** this the 22nd day of August, 2019.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE